# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-18330-JKF

ARLINDA CANDELARIO

4924 Charles Street

Philadelphia, PA 19124

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ARLINDA CANDELARIO

4924 Charles Street

Philadelphia, PA 19124

Counsel for debtor(s), by electronic notice only.

MAGGIE S SOBOLESKI
CENTER CITY LAW OFFICES LLC
2705 BAINBRIDGE ST
PHILADELPHIA, PA 19146

Date: 6/16/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee