**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                        :
                                              :       Chapter 13
ARLINDA CANDELARIO                            :
                                              :
        Debtor                                :       Case No. 16-18330(JKF)
                                              :
                                              :


**CERTIFICATE OF SERVICE OF DEBTOR'S
FOURTH AMENDED PLAN**


I, MAGGIE S. SOBOLESKI, ESQUIRE, certify that I did cause a true and correct copy of the

Debtors' Fourth Amended Plan to be served as indicated below, this 26th day of July 2017 upon the

following:

        Pennsylvania Housing Finance Agency (via email)
        City of Philadelphia/Pamela Thurmond, Esq. (via email)
        Chapter 13 Trustee (via email)


                                Respectfully submitted,

                                *CENTER CITY LAW OFFICES, LLC*

                                By:**Maggie S. Soboleski**
                                Pa. Id. No.: 88268
                                2705 Bainbridge Street
                                Philadelphia, PA 19146
                                Tele.: 215-620-2132
                                E-Mail: msoboles@yahoo.com

Dated: July 26, 2017