## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| ARLINDA CANDELARIO | : | |
| | : | |
| Debtor | : | Case No. 16-18330(JKF) |
| | : | |
| | : | |

### CERTIFICATE OF SERVICE OF DEBTOR'S
### FIFTH AMENDED PLAN

I, MAGGIE S. SOBOLESKI, ESQUIRE, certify that I did cause a true and correct copy of the

Debtors' Fourth Amended Plan to be served as indicated below, this 12th day of October, 2017 upon the

following:

　　　Pennsylvania Housing Finance Agency (via email)
　　　City of Philadelphia/Pamela Thurmond, Esq. (via email)
　　　Chapter 13 Trustee (via email)


　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　*CENTER CITY LAW OFFICES, LLC*

　　　　　　　　　　　By:**_Maggie S. Soboleski_**
　　　　　　　　　　　Pa. Id. No.: 88268
　　　　　　　　　　　2705 Bainbridge Street
　　　　　　　　　　　Philadelphia, PA 19146
　　　　　　　　　　　Tele.: 215-620-2132
　　　　　　　　　　　E-Mail: msoboles@yahoo.com

Dated: October 12, 2017