### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Arlinda Candelario
        Debtor(s)

Case No: 16–18330–mdc

Chapter: 13

---

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

**rescheduled*
Motion for Relief from Stay re: 4924 Charles Street, Philadelphia, PA 19124. Filed by U.S. BANK NATIONAL ASSOCIATION

on: 11/9/17

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/16/17

Timothy B. McGrath
Clerk of Court

42 – 33
Form 167