**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| **ARLINDA CANDELRIO,** | : | **CHAPTER 13** |
| **Debtor.** | : | **NO.  16-18330** |
| | : | |

---

**CERTIFICATE OF SERVICE OF DEBTOR'S SIXTH AMENDED PLAN**


I, MAGGIE S. SOBOLESKI, ESQUIRE, certify that I did cause a true and correct copy

of the Debtors' Fourth Amended Plan to be served as indicated below, this 12th day of October,

2017 upon the following:

Pennsylvania Housing Finance Agency (via email)

City of Philadelphia/Pamela Thurmond, Esq. (via email)

Chapter 13 Trustee (via email)


Respectfully submitted,


*/s/ Maggie S. Soboleski, Esquire*

**CENTER CITY LAW OFFICES, LLC**
By: Maggie S. Soboleski Pa. Id. No.: 88268
2705 Bainbridge Street
Philadelphia, PA 19146
Tele.: 215-620-2132
E-Mail: msoboles@yahoo.com