## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARLINDA CANDELRIO,** | : | CHAPTER 13 |
| Debtor. | : | NO. 16-18330 |
| | : | |

### CERTIFICATE OF SERVICE OF DEBTOR'S SEVENTH AMENDED PLAN

I, MAGGIE S. SOBOLESKI, ESQUIRE, certify that I did cause a true and correct copy of the Debtors' SEVENTH Amended Plan to be served as indicated below, this 28TH day of MARCH 2018 upon the following:

Pennsylvania Housing Finance Agency (via email)

City of Philadelphia/Pamela Thurmond, Esq. (via email)

Chapter 13 Trustee (via email)

Respectfully submitted,

*/s/ Maggie S. Soboleski, Esquire*

**CENTER CITY LAW OFFICES, LLC**
By: Maggie S. Soboleski Pa. Id. No.: 88268
2705 Bainbridge Street
Philadelphia, PA 19146
Tele.: 215-620-2132
E-Mail: msoboles@yahoo.com