# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARLINDA CANDELARIO                    Chapter 13

                    Debtor            Bankruptcy No. 16-18330-MDC

## Order Dismissing Chapter 13 Case and
## Directing Counsel to File Master Mailing List

**AND NOW**, this ___5th___ day of ___October___, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MAGGIE S SOBOLESKI
CENTER CITY LAW OFFICES LLC
2705 BAINBRIDGE ST
PHILADELPHIA, PA 19146

Debtor:
ARLINDA CANDELARIO

4924 CHARLES STREET

PHILADELPHIA, PA 19124