United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-18330-mdc
Arlinda Candelario                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore        Page 1 of 1        Date Rcvd: Oct 05, 2018
                            Form ID: pdf900        Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2018.
db              +Arlinda Candelario,    4924 Charles Street,    Philadelphia, PA 19124-2816
13853916        +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,     PHFA Loan Servicing Division,
                  211 North Front Street,    Harrisburg, PA 17101-1466
13831557        +U.S. NATIONAL ASSOCIATION (PHFA),    211 NORTH FRONT STREET,    PO BOX 15057,    PA 17105-5057
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Oct 06 2018 02:15:06      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 06 2018 02:14:42      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 06 2018 02:15:05      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/Text: megan.harper@phila.gov Oct 06 2018 02:15:06      City of Philadelphia,
                  Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                  5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13922556        +E-mail/Text: megan.harper@phila.gov Oct 06 2018 02:15:06
                  City of Philadelphia Law Department, Tax Unit,    Bankruptcy Group, MSB,
                  1401 John F. Kennedy Blvd, 5th Floor,    Philadelphia, Pennsylvania 19102-1640
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2018                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              MAGGIE S SOBOLESKI    on behalf of Debtor Arlinda  Candelario msoboles@yahoo.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ARLINDA CANDELARIO                                  Chapter 13

            Debtor            Bankruptcy No. 16-18330-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this ___5th___ day of ___October___, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MAGGIE S SOBOLESKI
CENTER CITY LAW OFFICES LLC
2705 BAINBRIDGE ST
PHILADELPHIA, PA 19146


Debtor:
ARLINDA CANDELARIO

4924 CHARLES STREET

PHILADELPHIA, PA 19124